# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07CV399-1-MU

| | |
|---|---|
| JERRY COLE, <br><br> Plaintiff, <br> Vs. <br><br> RICK JACKSON, et al., <br><br> Defendants. | **ORDER** |

**THIS MATTER** comes before the Court upon its own motion.

If any party wishes to file a dispositive motion, such a motion must be filed with this Court within sixty days of the filing of this Order.

**THEREFORE, IT IS HEREBY ORDERED** that all dispositive motions must be filed with the Court within sixty days of the filing of this Order.

Signed: November 8, 2007

Graham C. Mullen
United States District Judge